# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**EDWIN RODRIGUEZ,** :

      **Petitioner** :

                                           **CIVIL ACTION NO. 3:14-1307**

      **v.** :

                                           **(Judge Mannion)**

**WARDEN SPAULDING** :

      **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Dated: August 14, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1307-01-ORDER.wpd